UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

DAMON RAY HOLLINGSWORTH,

       Petitioner,

v.

STATE OF MINNESOTA,

       Respondent.

Civil File No. 05-922 (DSD/SRN)

**ORDER**

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated May 17, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

Petitioner's application for a writ of habeas corpus, (Docket No. 1), is summarily **DISMISSED without prejudice**.

Dated: June 21, 2005

s/David S. Doty
David S. Doty, Judge
United States District Court